UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YASLINA TORRES,

                    Plaintiff,

          -against-                                    25-CV-5782 (JGLC)

S GRACE FACILITIES, INC.,                              **ORDER**

                    Defendant.

JESSICA G. L. CLARKE, United States District Judge:

On December 17, 2025, in its Mediation Referral Order, the Court ordered the parties to "file a joint status letter with the Court no later than February 17, 2026." ECF No. 23. However, on February 10, 2026, a notice on the docket was entered, stating that the first mediation conference in this matter is scheduled for February 20, 2026. Therefore, the Court *sua sponte* extends the deadline for the parties to file a joint status letter with the Court to no later than one week after the completion of mediation.

Dated: February 18, 2026
       White Plains, New York

                                        SO ORDERED.

                                        *Jessica Clarke*
                                        _____

                                        JESSICA G. L. CLARKE
                                        United States District Judge